IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-94-283-CV





G. J. PALMER, JR. AND ROBERT V. BUCK,



 APPELLANTS


vs.





1629 SERVICE CORPORATION,



 APPELLEE



 




FROM THE DISTRICT COURT OF LLANO COUNTY, 33RD JUDICIAL DISTRICT



NO. 9616, HONORABLE D. V. HAMMOND, JUDGE PRESIDING



 




PER CURIAM

 Appellants have filed a motion to dismiss this appeal. The motion is granted. Tex.
R. App. P. 59(a)(1)(B).

 The appeal is dismissed.


Before Justices Powers, Aboussie and B. A. Smith

Dismissed on Appellants' Motion

Filed: October 12, 1994

Do Not Publish